PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB KJN |
|---|---|
| Plaintiff, | MOTION FOR PROTECTIVE ORDER AND ORDER THEREON |
| v. | Date: May 13, 2016 |
| LARRY TODT, | Time: 2:00pm |
| Defendant. | |

The United States moves for a protective order to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

The sensitive but unclassified discovery materials at issue include information pertaining to victims or potential victims in this case, including personal identifying information, identification documents such as driver's licenses, social security cards, and bank accounts;

The entry of a protective order is appropriate in light of the nature of the information at issue and the charges in this case; and

The defendant, proceeding pro se, has requested discovery. The discovery in this case is voluminous, in excess of 55,000 pages. The government submits that it is impractical to provide the defendant, who is in custody, with a paper copy of the discovery. Rather, the government proposes that an electronic copy of the discovery be provided to defendant's stand-by counsel, under the terms of the

1

following protective order:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. This Order pertains to all discovery provided to or made available to standby counsel that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known as "the protected discovery").

3. Standby counsel shall not disclose any of the protected discovery to any person other than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client. Standby counsel may provide copies of any portion of the discovery directly to defendant if standby counsel redacts sensitive information from that discovery.

4. The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The protected discovery is now and will forever remain the property of the United States Government. Standby counsel will return all discovery, including any copies provided to the defendant, to the Government, or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

5. Standby counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If standby counsel releases custody of any of the protected discovery, or authorized copies thereof, to any person described in paragraph (3), standby counsel shall provide such recipients with copies of this Order and advise that person that the protected discovery is the property of the United States Government, that the protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute standby counsel or substitute counsel, standby counsel will withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

8. Standby counsel shall be responsible for advising the defendant and other members of the defense team of the contents of this Order.

Dated:  May 5, 2016                          Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                  By:   /s/  Audrey B, Hemesath
                                              AUDREY B. HEMESATH
                                              Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 13, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3