UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY TODT,<br><br>　　　　Defendant. | No. 2:15-cr-00190 GEB<br><br>**STATUS HEARING ON STATUS OF COUNSEL AND PRESENTENCE REPORT** |

The undersigned has placed the above referenced matters on the criminal calendar scheduled to commence at 9:00 a.m. on March 2, 2018, because of information received about the matters and a communication with the assigned Probation Officer on February 28, 2018. The Probation Officer explained during the February 28, 2018 communication that the Presentence Report has not been prepared because Defendant Larry Todt's lawyer canceled the interview scheduled with the Probation Officer in the following email communication to the Probation Officer dated January 16, 2018: "Mr. Todt has attempted to fire me. I will have to put it on calendar for status of counsel before we can conduct the interview. Sorry, just found out myself." The Probation Officer also explained to the undersigned during the February 28, 2018 communication that the Presentence Report has not been completed because typically such reports include personal information a defendant elects to provide the Probation Officer.

1

If Defendant does not elect to provide such information to the Probation Officer, the Probation Officer may be directed to prepare a Presentence Report without inclusion of such information.

Dated: February 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge