UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>Larry Todt,<br><br>        Defendant. | No. 2:15-cr-00190-GEB<br><br>**ORDER STATING COMMENCEMENT DATE FOR EXAMINATION AND REPORT UNDER SECTION 18 U.S.C. § 4241 AND GRANTING 15-DAY EXTENSION** |

On April 6, 2018, the judge received the attached communication from the Metropolitan Detention Center (MDC), in which MDC requests that the statutory commencement date for the evaluation of Defendant Larry Todt be March 22, 2018, the date he arrived at MDC, and that the clinical psychologist receive "a 15-day extension as permitted by statute to complete the testing and examination." The requests are granted. The judge has obtained the facsimile number for the clinical psychology department of MDC and chambers will send by fax a copy of this order to that number.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge