```
 1
 2
 3
 4                     UNITED STATES DISTRICT COURT
 5                    EASTERN DISTRICT OF CALIFORNIA
 6
 7  UNITED STATES OF AMERICA,         No.  2:15-cr-00190-GEB
 8              Plaintiff,            SEALING ORDER
 9       v.
10  LARRY TODT,
11              Defendant.
12
13
```

On June 13, 2018, chambers was emailed a Forensic Evaluation dated June 7, 2018 from the Warden of the Federal Bureau of Prisons Metropolitan Detention Center in Los Angeles, California which this order is filing under seal. **The Clerk's Office shall describe it in the docket text as "Sealed Forensic Evaluation of Defendant Larry Todt"** and the forensic evaluation shall only be served on the United States Attorney and Mr. Todt's attorney. A portion of the Forensic Evaluation states:

> Based on the information available, there was no objective information or evidence to indicate that Mr. Todt currently suffers from signs or symptoms of a major mental disorder . . . or an organic disorder, that would impair his present ability to understand the nature and consequences of the court proceedings against him, or his ability to properly assist counsel in his defense, or to represent himself.
>
> . . . .

1

On the surface, the defendant's statements and demeanor appear odd and raise the question about the presence of an underlying thought disorder or delusional belief system. However, information obtained for review suggests his writing and statements are consistent with several anti-government organizations that provide the documentation utilized by Mr. Todt, in addition to instructions regarding how to behave verbally. When interpreted within this context, the defendant's behaviors appear goal-directed and motivated by a desired outcome, rather than attributed to the presence of a major mental disorder. Mr. Todt appears to have consciously decided to not participate in the forensic evaluation, and thus it could be inferred, that his lack of cooperation is purposeful and not linked to the presence of persecutory or paranoid beliefs rooted in a major mental illness.

From the available information, there is evidence to suggest that Mr. Todt is able to ascertain reality, realistically appraise his behavior, and converse in a logical and coherent manner, all of which would be necessary, to some extent, to represent himself or to properly assist counsel in a defense. Given his presentation during the evaluation, Mr. Todt will most likely continue to engage in the behavior to avoid sentencing. The behavior is volitional and goal directed and not derived from an underlying mental disorder, but may be disruptive to the Court proceedings.

Forensic Evaluation of Larry Todt.

Dated: June 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge