UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY TODT,<br><br>　　　　Defendant. | No. 2:15-cr-190-GEB<br><br>ORDER CONCERNING WHETHER THE PROBATION OFFICER INTERVIEWS DEFENDANT LARRY TODT UNDER RULE 32(c) OF THE RULES OF CRIMINAL PROCEDURE |

The "SCHEDULE of DISCLOSURE for the [Presentence Report] as to Larry Todt" was filed on June 29, 2018. ECF No. 402. Rule 32(a) of the Federal Rules of Criminal Procedure concerns the schedule and prescribes: "The probation officer who interviews a defendant as part of a presentence investigation must, on request, give the defendant's attorney notice and a reasonable opportunity to attend the interview." Fed. R. Crim. P. 32(a). This rule contemplates that a probation officer will interview a criminal defendant regarding a presentence report.

Since it is unclear whether Defendant Todt will elect to be interviewed by the probation officer, if Defendant Todt declines the referenced interview in whole or in part, the probation officer shall nevertheless prepare and disclose to counsel a "Proposed Pre-Sentence Report" as stated in the "SCHEDULE of DISCLOSURE for the [Presentence Report] as to Larry

1

Todt" filed on June 29, 2018.  During the hearing held June 29, 2018, the judge indicated that if defendant does not take advantage of the opportunity to speak to the probation officer, the probation officer shall nevertheless prepare the presentence.

Dated: July 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge