1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6  Attorneys for Plaintiff
   United States of America

7
                          IN THE UNITED STATES DISTRICT COURT
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
11 |                Plaintiff,  | GOVERNMENT'S REQUEST TO CONTINUE SENTENCING AND PROPOSED ORDER |
12 |                v.          |
13 | LARRY ALLEN TODT,          |
14 |                Defendant.  |

15

16
       The government requests that the sentencing date for Mr. Todt be continued to September 21,
17
   2018, at 9am, due the unavailability of government counsel on the current sentencing date of September
18
   14, 2018.
19
                                          Respectfully submitted,
20

21
    Dated: September 5, 2018              McGREGOR W. SCOTT
22                                        United States Attorney

23
                                       By: /s/ *Audrey Hemesath*
24                                         AUDREY B. HEMESATH
                                           Assistant United States Attorney
25

26

27

28

1

ORDER

It is so ordered.

Dated:  September 7, 2018

<br>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2