| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | AUDREY B. HEMESATH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO CONTINUE SENTENCING AND PROPOSED ORDER |
| v. | |
| LARRY ALLEN TODT, | |
| Defendant. | |

The government requests that the sentencing date for Mr. Todt be continued to September 21, 2018, at 9am, due the unavailability of government counsel on the current sentencing date of September 14, 2018.

Respectfully submitted,

Dated: September 5, 2018                           McGREGOR W. SCOTT
                                                   United States Attorney

                                            By:   /s/ *Audrey Hemesath*
                                                   AUDREY B. HEMESATH
                                                   Assistant United States Attorney

1

ORDER

It is so ordered.

Dated: September 7, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge